

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00059-CR

KIMBERLY SUEANNE DRAKE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 29024

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Kimberly Sueanne Drake appealed the imposition of attorney fees and a time payment fee resulting from her conviction of possession of a controlled substance in an amount less than one gram. During the pendency of this appeal, on June 16, 2022, the trial court sua sponte entered a nunc pro tunc judgment adjudicating guilt. The State has provided us with a supplemental record showing that (1) the trial court did not assess attorney fees in the nunc pro tunc judgment and (2) there is no balance due for either the attorney fees or the time payment fee in the amended bill of costs. Consequently, Drake's complaint regarding the erroneous assessment of fees is moot.

Accordingly, we affirm the trial court's nunc pro tunc judgment adjudicating guilt.


Charles van Cleef
Justice

Date Submitted:     July 26, 2022
Date Decided:       August 11, 2022

Do Not Publish